# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 8, 2024

Clerk
United States Court of Appeals
  for the Fourth Circuit
Lewis F. Powell Jr. Courthouse and
  Annex
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

      **Re:   Jason S. Kokinda**
             **v. United States**
             **No. 24-5006 (Your docket No. 22-4595)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

             Sincerely,

             SCOTT S. HARRIS, Clerk

             By

             M. Altner
             Assistant Clerk – Judgments

Enc.
cc:     All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 8, 2024

Mr. David W. Frame, Esq.
The Law Office of David Frame
Suite 2, Nationwide Bldg.
493 Washington Ave.
Clarksburg, WV 26301

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

      **Re:  Jason S. Kokinda**
           **v. United States**
           **No. 24-5006**

Dear Counsel:

      Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fourth Circuit.

                  Sincerely,

                  SCOTT S. HARRIS, Clerk

                  By

                  M. Altner
                  Assistant Clerk – Judgments

cc:  Clerk, 4th Cir.
        (Your docket No. 22-4595)

# Supreme Court of the United States

### No.  24–5006

### JASON STEVEN KOKINDA,

Petitioner

### v.

### UNITED STATES

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *Loper Bright Enterprises* v. *Raimondo*, 603 U. S. ___ (2024).

October 7, 2024

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States