IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　Criminal No. 2:21-CR-20

**JASON STEVEN KOKINDA,**

    **Defendant.**

## NOTICE OF APPEARANCE

The United States of America and Randolph J. Bernard, Acting United States Attorney for the Northern District of West Virginia, by Eleanor F. Hurney, Assistant United States Attorney for said District, notices the Court of her appearance in the above case.

    Respectfully submitted,

    RANDOLPH J. BERNARD
    ACTING UNITED STATES ATTORNEY

By:    /s/ Eleanor F. Hurney
    Eleanor F. Hurney
    Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Eleanor F. Hurney, Assistant United States Attorney for the Northern District of West Virginia, certify that on February 27, 2025, the foregoing Notice of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defendant's counsel.

        Respectfully submitted,

        RANDOLPH J. BERNARD
        ACTING UNITED STATES ATTORNEY

By:   /s/ Eleanor F. Hurney
       Eleanor F. Hurney
       Assistant United States Attorney